

FILE COPY

RE: Case No. 15-0675          DATE: 9/8/2015
COA #: 12-15-0004-CV     TC#: CV04637
STYLE: RON SEALE, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF CLARA LAVINIA SEALE
   v: HORACE TRUETT SEALE AND WIFE, NAN SEALE

Petitioner's amended petition for review in the above-styled case was filed in the Supreme Court of Texas today.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702